# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| VOLVO CAR CORP., ET AL., ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> THE UNINCORPORATED ASSOCIATIONS ) <br> IDENTIFIED IN SCHEDULE A, ) <br> ) <br> *Defendants*. ) | Case No. 1:18-cv-977 <br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Michael S. Nachmanoff, dated January 17, 2019 (Dkt. 77), on Plaintiff's Motion for Default Judgment (Dkt. 72). Defendant did not object to the R&R. The Court has reviewed the Complaint, Plaintiff's Memorandum in Support of the Motion for Default Judgment (Dkt. 73), and the supporting documents, and finds good cause to **ADOPT** the findings and recommendations of Judge Nachmanoff.

Accordingly, for the reasons cited by Judge Nachmanoff and for good cause shown, Plaintiff's Motion for Default Judgment (Dkt. 72) is **GRANTED**. The Clerk of Court is instructed to enter judgment pursuant to FED. R. CIV. P. 55 in favor of Plaintiffs Volvo Car Corporation and Volvo Trademark Holding AB, and against the Defendants identified in Appendix A, in the amount of $2,000,000 plus post-judgment interest at the rate provided by 28 U.S.C. § 1961(a). It is further **ORDERED** that:

(1) Defendants are permanently enjoined from making, using, selling, or offering for sale unauthorized products containing the Volvo Trademarks;

(2) PayPal, Inc. shall release to Plaintiffs the monies currently restrained in Defendants' financial accounts as partial payment of the above-identified damages within five (5) business days of the date of this Order;

(3) AliPay, US, Inc. and/or Ant Financial Services Group shall release to Plaintiffs the monies currently restrained in Defendants' financial accounts as partial payment of the above-identified damages within five (5) business days of the date of this Order; and

(4) Until Plaintiffs have recovered full payments of the monies owed to it by any Defendants, Plaintiffs shall have ongoing authority to serve this Order on PayPal or AliPay in the event that any new PayPal or AliPay accounts controlled or operated by Defendants are identified. Upon receipt of the Order, PayPal and AliPay shall within two (2) business days: (a) locate all accounts and funds connected to Defendants or Defendants' internet stores; (b) restrain and enjoin such accounts or funds that are not U.S. based from transferring or disposing of any money or other of Defendants' assets; and (c) release all monies restrained in Defendants' PayPal and AliPay accounts to Plaintiffs as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

The Clerk shall provide a copy of this Order and the Judgment to all counsel of record, and Plaintiffs shall be responsible for emailing this Order and the Judgment to each of the Defendants.

It is **SO ORDERED**.

February 5, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge

# APPENDIX A

| No. | Seller ID/Defendant Store Name | Defendant Email |
|---|---|---|
| 2 | aworldfactory | ultrasatisfyshop@hotmail.com |
| 5 | gt.inthebox | ebaygtinthebox@yahoo.com |
| 6 | gwtgfo | langedcb@126.com |
| 7 | hongyunzhijia2589 | chenfeidie7878@sina.com<br>chunyin7711@sina.com<br>tangfensu9877@hotmail.com |
| 8 | hotmotorpartaccessories0 | Hotmotorpartaccessories@hotmail.com |
| 9 | jack_hz | super734@qq.com<br>jack.hz@foxmail.com |
| 10 | jellcn0 | 2678417370@qq.com |
| 12 | lingyuelong-4 | lingyuelong@yahoo.com |
| 14 | Nanwubudongzunpusa / yongjipifa666 | hezheng998@hotmail.com<br>maqiaohong8897@sina.com<br>yangxiaoqin8791@sina.com<br>zhangyue78781@sina.com |
| 15 | natalexunited | natalex.euro@gmail.com |
| 16 | qfnh6261 | 15776495287@163.com |
| 19 | szzhida | szwt87@163.com |
| 22 | xiangpingfu476 | yuanyuan6588898@163.com |
| 23 | xiangzi0315 | 448567472@qq.com |
| 26 | yingjiata-0 | 18686878086@163.com |
| 28 | zengzhoushide1 / shishishunxin6969 | chenchenlanchen@sina.com<br>dfgsgcccx@sina.com<br>yanyanyanqy@outlook.com |
| 30 | kingdom126 | kingdom126eb@sina.com |
| 31 | airspeedcarparts | bmwparts68@gmail.com |
| 33 | g6rline | 445647488@qq.com |
| 36 | Liftsupportspro / autostore2016 | wangga0206@hotmail.com |
| 37 | luckysteven2011 | hcwlqf@hotmail.com |

| No. | Seller ID/Defendant Store Name | Defendant Email |
|---|---|---|
| | | hcwlqf@gmail.com |
| 40 | wandelong | longtangsufang@hotmail.com<br>panyanting7878@sina.com<br>piaoshuai8800@sina.com<br>yangluzhu1177@sina.com |
| 42 | aaacarworld | 1053087745@qq.com |
| 43 | kanayu2008 | yangyangjk99@163.com |
| 44 | 2018caiyuanguangjin | liran7711@sina.com<br>qinwang2233@hotmail.com<br>wang8800hong@hotmail.com<br>xiaoxiang2255@hotmail.com<br>liliangliang7781@sina.com<br>wubing33320@sina.com |
| 45 | hongloumeng001 | kr_keji@hotmail.com |
| 46 | nianyu158 | lidaian2546@126.com |
| 47 | caishendaowojia1818 | haoyunhaoyunk8@outlook.com<br>shiwanshiruyi2019@hotmail.com<br>zzhangzhangbing@sina.com |
| 48 | caishenyejiadao188 | caizhen6611@sina.com<br>caocao6931@sina.com<br>wuying2277@sina.com<br>zhangsuhong8787@sina.com<br>xiajinrui2299@sina.com |
| 49 | gorgeous-1688 | yolanda2018@foxmail.com |
| 50 | guanhk0 | qiuti99952@163.com |
| 51 | happyshopping58 | yolanda19911026@sina.com |
| 52 | nanwubudongzhunpusa0101 | jiaofei3366@hotmail.com<br>linling3399@hotmail.com<br>maqian6677@hotmail.com<br>zhangxiao77119@sina.com |
| 53 | nanwuzhuntipusa5151 | tangchun6611@hotmail.com<br>lianxihe7878@outlook.com<br>chunxiangxie158@sina.com<br>caottguo001@sina.com<br>zhouxiaoqiang633@sina.com<br>xiangwenting8787@sina.com<br>zhangxiquan7788@sina.com<br>lianxihe7788@sina.com |
| 54 | hongyundafa2018 | liuwei7788@hotmail.com<br>liangyanyi7788@sina.com<br>liqun9977@sina.com<br>fujiao9988@hotmail.com<br>liangyanyi8811@outlook.com |

| No. | Seller ID/Defendant Store Name | Defendant Email |
|---|---|---|
|  |  | xingbin6600@hotmail.com |
| 56 | 4959311 | ty1640775967@163.com |
| 57 | alexandederbene_0 | daukintislinas@gmail.com |
| 58 | yueqin1989 / yu910617 | song18620789004@126.com |
| 59 | yudan1989 | 18502021030m0@sina.cn |
| 62 | power-of-change | ajanjoepairuch@gmail.com<br>joekabank@yahoo.com |
| 64 | Phonewillcom | san.der@list.ru |
| 66 | tuopinzhifu5199 | liutaiqin9696@sina.com |
| 69 | yimaautotrims2016 | autotrimtop@163.com |
| 71 | Car Emblem Hub Store | bohui988@163.com |
| 72 | Car hub shop Store | 1969495907@qq.com |
| 73 | Hente 02 Store | hente668@163.com |
| 74 | Leono Store | bohui663@163.com |
| 75 | OTOKIT Tuning Store | stephen2529@sina.cn |
| 77 | YANF Professional Car Light Store | yanfeid663@163.com |
| 78 | Yawlooc Official Store | 242367580@qq.com |
| 79 | DSYCAR Global Store | hwgo2015@163.com |
| 80 | LINGLUYANG Official Store | 1344209552@qq.com |
| 81 | WELLTYPE Car Accessories Store | szwt87@163.com |
| 82 | EmartBoxPlus Store | emartboxplus@outlook.com |
| 83 | Car decoration factory | cn900628592@163.com |
| 84 | Shop2798006 Store | yuanmusmt@sina.com |
| 85 | DLR Car Accessories Store | beitauto@foxmail.com |
| 86 | LOMORO Store | lhart1013@163.com |
| 87 | LUDIJIA CAR Store | 15012551231@139.com |
| 88 | Shenzhen B&C Car Accessary Store | isabella_nie@163.com |
| 89 | Shop3618012 Store | xiaochenbadge@qq.com |
| 90 | trybest Store | 3503843782@qq.com |
| 91 | A XIAO RUO Store | 3430577193@qq.com |
| 92 | Shop1979010 Store Store | 2939219571@qq.com |
| 93 | STAROAD Official Store | globalworks@126.com |
| 94 | Yanteng Store | sam623923@163.com |
| 95 | Yszplay Store | ysz2668@163.com |
| 96 | Shop3660081 Store | 3325863241@qq.com |
| 97 | Yu hai automobile Store | 1769190461@qq.com |
| 98 | Zhijin Store | 428538683@qq.com |
| 99 | at first sight Store | lhm1165096106@163.com |
| 100 | Shop1971037 Store | jijialan_8888@126.com |
| 101 | Alv Store | 3583028908@qq.com |
| 102 | B&M Car Store | 253725119@qq.com |

| No. | Seller ID/Defendant Store Name | Defendant Email |
|---|---|---|
| 103 | car shop Store | czdcp2017@sina.com |
| 104 | YiChen Auto Decoration Accessory Store | yinfeng198591@hotmail.com |
| 105 | Shop2906231 Store | zgh645425416@hotmail.com |
| 106 | E for car parts Store | autoparts0206@qq.com |
| 109 | linlinlili One More Car Store | 1712510009@qq.com |
| 110 | Shop2817026 Store | chennuow412@163.com |
| 111 | AutoSalon Store | smtwork@yeah.net |
| 112 | Lihuizhong Store | 2433401469@qq.com |
| 113 | shop3607022 Car motorcycle Accessories Store | kenkiguchi001@126.com |
| 114 | Shop3652086 Store | 2657264330@qq.com |
| 115 | shuanghuichai's Store | chanshh@163.com |
| 116 | 321GO Store | 17394082353@163.com |
| 117 | Shop3631187 Store Store | 3502838510@qq.com |
| 118 | Shop 3248038 Store | haoyuenlai9988@163.com |
| 119 | Shop3218038 Store | wmyfc5188@163.com |
| 120 | Jun Xi Store | 3316773248@qq.com |
| 121 | Tao Ju Store | 2193056142@qq.com |
| 122 | Xing Guang Store | 2978271871@qq.com |
| 123 | YaYi Store | 3056034637@qq.com |